1   Ronald L. Richman (SBN 139189)
    Tracy L. Mainguy (SBN 176928)
2   BULLIVANT HOUSER BAILEY PC
    101 Montgomery Street, Suite 2600
3   San Francisco, CA   94104-4146
    Telephone:  415.352.2700
4   Facsimile:  415.352.2701
    E-mail:        ron.richman@bullivant.com
5                  tracy.mainguy@bullivant.com

6

7   Attorneys for Plaintiffs

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| 12  BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; 13  BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST 14  FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT 15  MASONS PENSION TRUST FUND FOR 16  NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS 17  TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, 18 | Case No.:  3:24-cv-03427-LJC  **CASE MANAGEMENT CONFERENCE STATEMENT; ORDER AS MODIFIED THEREON** **DATE:**        **September 5, 2024** **TIME:**        **1:30 p.m.** **CTRM:**        **G, 15th Floor**                      **San Francisco Courthouse**                      **450 Golden Gate Avenue**                      **San Francisco, CA 94102** **VIA ZOOM** |

19                   Plaintiffs,

20        vs.

21   MERCOZA, a California corporation,

22                   Defendant.

23

24        On June 7, 2024, plaintiffs filed their Complaint for Breach of Collective Bargaining

25   Agreement; To Recover Trust Fund Contributions; and For A Mandatory Injunction.  [Dkt. 1].

26   The summons was issued on July 2, 2024.  [Dkt. 8].

27        Plaintiffs have and continue to make attempts to serve defendant Mercoza.  At the time

28   of the filing of the complaint, Mercoza identified, on the California Secretary of State Website,

1  through its Statement of Information, that the location for service of its Agent for Service of

2  Process, and owner, CEO, CFO, Jasan A. Duran Martinez, was 2001 Omega Road, 215, San

3  Ramon, California  94583.  Attempts at service at this location failed.

4       On August 17, 2024, Mercoza filed its Statement of Information, identifying the location

5  for service of its Agent for Service of Process, and owner, CEO, CFO, Jasan A. Duran Martinez,

6  was now at 1111 Broadway, Suite 300, Oakland, California 94607.  Plaintiffs have made, and

7  continue to make efforts, to serve defendant at this location.  Plaintiffs have retained the services

8  of a private investigation firm to help locate and serve the Agent for Service of Process.

9       Based on the above, plaintiffs respectfully request that the Court continue the

10  September 5, 2024, case management conference for forty-five (45) days to allow plaintiffs to

11  effectuate service and provide time for defendant to file a responsive pleading.

12  DATED:  August 22, 2024

13                                    BULLIVANT HOUSER BAILEY PC

14

15                          By  _____

16                                    Ronald L. Richman
                                     Tracy L.Mainguy

17                                    Attorneys for Plaintiffs

18

19

20

21

22

23

24

25

26

27

28

CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

1

**ORDER**  **AS MODIFIED**

2     Based on the plaintiffs' request to continue the case management conference and good

3  cause appearing,

4     IT IS HEREBY ORDERED that the case management conference be continued to

5  __Nov. 7_____, 2024 at 1:30 p.m.~~, Courtroom G, 15th Floor, San Francisco~~

6  ~~Courthouse, 450 Golden Gate Ave., SF, CA,~~ via Zoom Videoconference.  The parties or

7  Plaintiffs if defendant has not made an appearance, shall file an updated case management

8  conference statement no later than seven (7) days prior to the continued case management

9  conference.                      Pursuant to Rule 4(m) of the Federal Rules of Civil
                                    Procedure, the Court finds good cause to extend the deadline
10  DATED:  August __30__, 2024     for service of the complaint from September 5, 2024 to
                                    October 30, 2024.

11

12

13  _____
    HON. LISA J. CISNEROS
14  UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28