Ronald L. Richman (SBN 139189)
Tracy L. Mainguy (SBN 176928)
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA  94104-4146
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail:        ron.richman@bullivant.com
                    tracy.mainguy@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCOZA, a California corporation,<br><br>Defendant. | Case No.  3:24-cv-03427-LJC<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>**DATE:         November 7, 2024**<br>**TIME:          1:30 p.m.**<br>**CTRM:        G, 15th Floor**<br>                   **San Francisco Courthouse**<br>                   **450 Golden Gate Avenue**<br>                   **San Francisco, CA 94102**<br><br>**VIA ZOOM VIDEOCONFERENCE** |

On June 7, 2024, plaintiffs filed their Complaint for Breach of Collective Bargaining Agreement; To Recover Trust Fund Contributions; and For a Mandatory Injunction.  [Dkt. 1]. The summons was issued on July 2, 2024.  [Dkt. 8].

At the time of the filing of the complaint, Mercoza identified, on the California Secretary of State Website, through its Statement of Information, that the location for service of its Agent

for Service of Process, and owner, CEO, CFO, Jasan A. Duran Martinez, was 2001 Omega Road, 215, San Ramon, California 94583.  Attempts at service at this location failed.

On August 17, 2024, Mercoza filed its Statement of Information, identifying the location for service of its Agent for Service of Process, and owner, CEO, CFO, Jasan A. Duran Martinez, was now at 1111 Broadway, Suite 300, Oakland, California 94607.  Plaintiffs made several attempts to serve Mercoza at this address.

On August 30, 2024, this Court issued its ORDER AS MODIFIED continuing the Case Management Conference to November 7, 2024, at 1:30 p.m., via Zoom Videoconference.  The Court also extended the deadline for service of process of the summons and complaint to October 30, 2024. [Dkt. 11].

Plaintiffs were able to effectuate service of process on defendant Mercoza on October 8, 2024, via substituted service on the "person in charge", at 1111 Broadway, Suite 300, Oakland, CA 94607, the address for the Agent for Service of Process, and also serving a copy of the summons and complaint via mail, at 1111 Broadway, Suite 300, Oakland, CA 94607, the address for the Agent for Service of Process.  [Dkt. 12].  Because of the substituted service of process, defendant Mercoza has up to and including November 11, 2024, to file a responsive pleading.

Based on the above, plaintiffs respectfully request that the Court continue the November 7, 2024, case management conference for thirty (30) days to allow defendant Mercoza time to file a responsive pleading.  If defendant Mercoza fails to file a responsive pleading, plaintiffs will proceed in default.

DATED:  October 30, 2024

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Tracy L. Mainguy

Attorneys for Plaintiffs

**ORDER**

Based on the plaintiffs' request to continue the case management conference and good cause appearing,

IT IS HEREBY ORDERED that the case management conference be continued to December 12, 2024 at 1:30 p.m., via Zoom Videoconference. The parties or Plaintiffs if defendant has not made an appearance, shall file an updated case management conference statement no later than seven (7) days prior to the continued case management conference.

DATED:   October 31, 2024

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE