Ronald L. Richman (SBN 139189)
Tracy L. Mainguy (SBN 176928)
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA  94104-4146
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail:        ron.richman@bullivant.com
                   tracy.mainguy@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCOZA, a California corporation,<br><br>Defendant. | Case No.  3:24-cv-03427-LJC<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>DATE:     **December 12, 2024**<br>TIME:     **1:30 p.m.**<br>CTRM:   **G, 15th Floor**<br>              **San Francisco Courthouse**<br>              **450 Golden Gate Avenue**<br>              **San Francisco, CA 94102**<br><br>**VIA ZOOM VIDEOCONFERENCE** |

On June 7, 2024, plaintiffs filed their Complaint for Breach of Collective Bargaining Agreement; To Recover Trust Fund Contributions; and For a Mandatory Injunction.  [Dkt. 1].  The summons was issued on July 2, 2024.  [Dkt. 8].

1    At the time of the filing of the complaint, Mercoza identified, on the California Secretary
2 of State website, through its Statement of Information, that the location for service of its Agent
3 for Service of Process, and owner, CEO, CFO, Jasan A. Duran Martinez, was 2001 Omega
4 Road, 215, San Ramon, California 94583.  Attempts at service at this location failed.
5    On August 17, 2024, Mercoza filed its Statement of Information, identifying the location
6 for service of its Agent for Service of Process, and owner, CEO, CFO, Jason A. Duran
7 Martinez, was now at 1111 Broadway, Suite 300, Oakland, California 94607.  Plaintiffs made
8 several attempts to serve Mercoza at this address.
9    On August 30, 2024, this Court issued its ORDER AS MODIFIED continuing the Case
10 Management Conference to November 7, 2024, at 1:30 p.m., via Zoom Videoconference.  The
11 Court also extended the deadline for service of process of the summons and complaint to
12 October 30, 2024. [Dkt. 11].
13    Plaintiffs were able to effectuate service of process on defendant Mercoza on
14 October 8, 2024, via substituted service on the "person in charge", at 1111 Broadway,
15 Suite 300, Oakland, California 94607, the address for the Agent for Service of Process, and also
16 serving a copy of the summons and complaint via mail, at 1111 Broadway, Suite 300, Oakland,
17 California 94607, the address for the Agent for Service of Process.  [Dkt. 12].  Because of the
18 substituted service of process, defendant Mercoza had up to and including November 11, 2024,
19 to file a responsive pleading.
20    Defendant Mercoza failed to file a responsive pleading.  On November 26, 2024,
21 plaintiffs filed their Request for Clerk's Entry of Default.  [Dkt. 15, 15-1].  Plaintiffs expect that
22 the Clerk of Court will issue the default of defendant Mercoza shortly.  Once the Clerk of Court
23 issues the default, plaintiffs will have their motion for default judgment on file within sixty (60)
24 days thereafter.
25 ///
26 ///
27 ///
28 ///

1  Based on the above, plaintiffs respectfully request that the court continue the case
2  management conference for a period of sixty (60) days. It is anticipated that plaintiffs' motion
3  for default judgment will be filed within sixty (60) days after the Clerk's Entry of Default
4  which, in turn, will obviate the need for a case management conference.

5  DATED:  December 4, 2024

BULLIVANT HOUSER BAILEY PC

By  *[signature]*
Ronald L. Richman
Tracy L. Mainguy

Attorneys for Plaintiffs

**ORDER**

Based on the plaintiffs' request to continue the case management conference and good cause appearing,

IT IS HEREBY ORDERED that the case management conference be continued to _____February 13_____, 2025 at 1:30 p.m., via Zoom Videoconference. If plaintiffs have their motion for default judgment on file prior to the continued case management conference, the continued case management conference shall be vacated.

DATED: December __5__, 2024

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE