UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiff, <br><br> v. <br><br> MERCOZA, a California corporation, <br><br> Defendant. | Case No.  3:24-cv-03427-LJC <br><br> **MOTION TO SUBSTITUTE LAW FIRM;** ~~**PROPOSED**~~ **ORDER** |

On behalf of (party name) Plaintiffs BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Ezekiel D. Carder (SBN 206537
Weinberg, Roger & Rosenfeld
1375 - 55th Street
Emeryville, CA   94606
Telephone:   510.337.1001
E-mail:   ecarder@unioncounsel.net

27  Name(s) of counsel withdrawing from representation and firm name:
Ronald L. Richman

28  Bullivant Houser Bailey PC
101 Montgmery Strete, Suite 2600
San Francisco, CA   94104-4146
Telephone:  415.352.2700
E-mail:  ron.richman@bullivant.com

Date: November 2, 2025

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date:   November 3, 2025

UNITED STATES DISTRICT/MAGISTRATE JUDGE